UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

AMERICAN CONTRACTORS INDEMNITY COMPANY,

      Plaintiff,                                    CASE NO. _____

v.

WHILBY & ASSOCIATES, LLC,
MOREY WRIGHT, and ANDREA E. WHILBY,

      Defendants.
_____/

## COMPLAINT

Plaintiff, American Contractors Indemnity Company ("ACIC"), for its Complaint against the Defendants, Whilby & Associates, LLC ("W&A"), Morey Wright ("Wright") and Andrea E. Whilby ("Whilby") (hereafter collectively as "Indemnitors"), states as follows:

## PARTIES

1. Plaintiff, ACIC, is a surety company incorporated in the State of California, with its principal place of business located in the State of California, which among other things, acts as a commercial surety to furnish certain bonds to selected contractors, including performance and payment bonds.

2. Made defendants herein are:

1. W&A, a Florida limited liability company with a principal place of business in Plantation, Florida. On information and belief, the sole member of W&A is Whilby, a person of the full age of majority and a resident and domiciliary of Sunrise, Florida.

2. Wright, a person of the full age of majority, and a resident and domiciliary of Fort Lauderdale, Florida.

3. Andrea E. Whilby, a person of the full age of majority, and a resident and domiciliary of Sunrise, Florida.

### JURISDICTION AND VENUE

3. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. All defendants are of diverse citizenship from ACIC. This Court has jurisdiction pursuant to 28 U.S.C. § 1332.

4. Venue is properly placed in this Court pursuant to 28 U.S.C. § 1391 as all defendants reside within this judicial district and a substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

### GENERAL ALLEGATIONS

5. ACIC is a surety company that, among other things, issues performance bonds and stands as surety for selected contractors.

6. At all pertinent times, Providian Construction Group, Inc. ("Providian") was a contractor in the business of performing work on various construction projects, including public projects, and sought bonding from ACIC in connection with various contracts.

7. In order to induce ACIC to issue a performance bond on behalf of Providian on the Bonded Projects, on or about August 1, 2018, Providian, W&A, Wright and Whilby (sometimes collectively referred to as the "Indemnitors") executed a General Indemnity Agreement ("Indemnity Agreement") in favor of ACIC. A copy of the Indemnity Agreement is attached hereto as **Exhibit "A."**

8. The Indemnity Agreement provides, in part:

**III. INDEMNITY, EXONERATION AND HOLD HARMLESS**

The Principals and Indemnitors shall, jointly and severally, exonerate, indemnify, reimburse, and save and hold the Surety harmless from and against any and all demands, liabilities, losses, costs, damages, expenses and fees (including, but not limited to, those incurred by or in connection with accountants, attorneys, consultants, engineers, investigation, and other professionals), interest, court costs, and any and all other types of losses, costs or expenses of whatsoever kind or nature, which the Surety may sustain or incur or which arise by reason of or in any manner in consequence of any one or more of the following: (i) the execution or procurement by the Surety of any Bond; (ii) the failure of any Principal or Indemnitor to perform or comply with any provision of this Agreement; (iii) the enforcement of any provision of this Agreement; (iv) the conduct of any investigation regarding the Surety's alleged obligations or liabilities under any Bond or in connection with any Contract; (v) any attempt by or on behalf of the Surety to obtain a release or reduction of the Surety's liability or alleged liability under any Bond or Contract; (vi) any attempt by or on behalf of the Surety to recover any unpaid premium in connection with any Bond; (vii) the prosecution or defense of any action or claim in connection with any Bond or Contract; (viii) the loan or advance of any monies to any Principal or Indemnitor; or (ix) the Surety's attempt to determine, discharge or mitigate its loss or exposure to loss in connection with any Bond or Contract, or to enforce any of its rights pursuant to this Agreement, by suit or otherwise. The obligations provided for in this paragraph are without regard to whether the Surety, in its sole and absolute discretion, elects to employ its own counsel or, in lieu thereof or in addition thereto, permits or requires any Principal and/or Indemnitor to make arrangements for or assist in the Surety's legal representation and protection.

The Principals and Indemnitors further agree that they shall be liable for, and that the Surety shall be entitled to charge and recover for, any and all

3

payments made by the Surety in the good faith belief that: (1) any Principal or Indemnitor is or has been in default under this Agreement; (2) the Surety was or might be liable for a claim asserted against a Bond, whether or not such liability actually existed; or (3) such payments were or are necessary or expedient to protect any of the Surety's rights or interests or to avoid or lessen the Surety's actual or alleged liability. The Surety shall be entitled to the rights and remedies set forth in this Section III and to all of the benefits of this Agreement with respect to any liability, payment, loss or cost that is incurred or made by the Surety in good faith. The foregoing obligations shall extend to and include an obligation to pay to the Surety interest on any payments made by the Surety as a result of having issued any Bond, at the rate of ten percent (10%) per annum or the maximum rate allowed by law, whichever is lower, calculated from the date such payment is made by the Surety.

9. At Providian's request and in reliance on the Indemnity Agreement, ACIC issued the following bonds:

    a. Public Construction Bond naming Providian as Principal and the Village of Royal Palm Beach as Obligee (the "Royal Palm Bond") in connection with a project referred to as Village-Wide ADA Sidewalks 2018, Project Number VPN: EN1601 FM#: 438290-1 (the "Royal Palm Project"); and

    b. Performance Bond and Payment Bond naming Providian as Principal and the City of Deerfield Beach as Obligee (the "City of Deerfield Bond") in connection with a project referred to as Military Trail Sidewalk Project (Rebid), ITB #2018-19/37 (the "City of Deerfield Project").

The Royal Palm Bond and City of Deerfield Bond are sometimes collectively referred to as the "Bonds," and the Royal Palm Project and the City of Deerfield Project are sometimes collectively referred to as the "Bonded Projects."

10. On or about December 22, 2020, a petition was filed commencing an Assignment for the Benefit of Creditors proceeding on behalf of Providian in the 17th Judicial Circuit in for Broward County, Florida, bearing case number CACE-20-021633 (the "ABC Proceeding").

11. Providian failed to honor its payment and/or performance obligations on the Bonded Projects, and claims were made against ACIC on the Bonds. After investigation, ACIC resolved various claims on the Bonds, including claims by the Obligees on the Bonds. ACIC also incurred consultants' fees, attorneys' fees and costs as a result of investigating claims and protecting ACIC's interests. ACIC's total loss and expense to date by reason of having issued the Bonds is $181,019.39. ACIC did recover the sum of $35,000.00 in bonded contract funds, payment of which was approved by the Court in the ABC Proceeding filed by Providian. Therefore, ACIC's net loss as of August 6, 2021, was $146,019.39. Since that date, ACIC has incurred additional fees in connection with enforcing the indemnitors' indemnity obligations.

12. By letter dated July 7, 2021, ACIC made demand on the Indemnitors for indemnity and reimbursement for the $143,736.89 paid to the Obligee pursuant to the terms of the Indemnity Agreement.

13. To date, the Indemnitors have not indemnified or reimbursed ACIC for any of its loss.

14. Due to the Indemnitors' failure to honor their obligations under the Indemnity Agreement, ACIC has retained Mills Paskert Divers P.A. and undersigned counsel, and continues to incur attorneys' fees and expenses for which the Indemnitors are

5

liable under the Indemnity Agreement.

## COUNT I
## Contractual Indemnification

15. ACIC realleges and incorporates paragraphs 1 through 14 above, as though fully set forth herein.

16. Despite amicable demand, the Indemnitors have refused and/or failed to honor their indemnity obligations to ACIC under the Indemnity Agreement.

17. Pursuant to the Indemnity Agreement, the Indemnitors are liable to indemnify ACIC from and against all liability for losses and expenses, including attorneys' fees, incurred by ACIC by reason of having executed the Bonds, and for all attorneys' fees, costs and expenses incurred in enforcing the Indemnity Agreement.

**WHEREFORE,** the Plaintiff, American Contractors Indemnity Company, prays for the following relief:

1. That the Court enter Judgment in favor of American Contractors Indemnity Company and against Defendants, Whilby & Associates, LLC, Morey Wright and Andrea E. Whilby, jointly and severally, awarding to American Contractors Indemnity Company the sum of $146,019.39, any losses incurred by American Contractors Indemnity Company after August 6, 2021, in connection with the Bonds, plus any and all expenses and attorneys' fees incurred by American Contractors Indemnity Company by reason of having executed the Bonds;

2. That the Court enter Judgment in favor of American Contractors Indemnity Company and against Defendants, Whilby & Associates, LLC, Morey Wright and Andrea

E. Whilby, awarding to American Contractors Indemnity Company all attorneys' fees, costs and expenses incurred in enforcing the Indemnity Agreement; and

3. For such additional relief as this Court may deem just and proper.

Respectfully submitted:

*/s/ Alberta L. Adams*
ALBERTA L. ADAMS
Fla. Bar No. 80063
MILLS PASKERT DIVERS P.A.
100 North Tampa Street, Suite 3700
Tampa, Florida 33602
Telephone: (813) 229-3500
Facsimile: (813) 229-3502
Email: aadams@mpdlegal.com
*Attorneys for American Contractors Indemnity Company*